IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL G. SALADINO, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 04-11785 PBS ) |
| TRIMARK UNITED EAST, INC., | ) ) ) |
| Defendant. | ) ) |

## **DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Fed.R.Civ.P. 7.1, Defendant, TriMark United East, Inc., certifies that it is a wholly-owned subsidiary of TriMark USA, which is not a publicly-traded corporation.

Respectfully submitted,

TRIMARK UNITED EAST, INC.
By Its Attorneys,

Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts  02110
Tel:   617.451.9700

Richard G. Rosenblatt (*Pro Hac Vice* -- pending)
Eric S. Lasky (*Pro Hac Vice* -- pending)
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey  08540-6241
Tel:   609.919.6600

Dated:  September 7, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant's Disclosure of Interested Parties* has been sent *via* Federal Express delivery to the following counsel of record on September 7, 2004.

>Brian T. Hatch Esq.
>8 North Main Street
>Suite 403
>Attleboro, Massachusetts   02703

_____
Jeffrey W. Moss

1-BO/100361.1