IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROL G. SALADINO, )
)
)
Plaintiff, )
)
v. ) CASE NO.  04-11785 PBS
)
TRIMARK UNITED EAST, INC., )
)
Defendant. )
)

### NOTICE OF APPEARANCE OF JEFFREY W. MOSS

I, Jeffrey W. Moss, hereby enter my appearance on behalf of the defendant, TriMark United East, Inc.

Respectfully submitted,

TRIMARK UNITED EAST, INC.
By Its Attorneys,

_____
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts  02110
Tel:   617.451.9700

Richard G. Rosenblatt (*Pro Hac Vice* -- pending)
Eric S. Lasky (Admission *Pro Hac Vice* -- pending)
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey  08540-6241
Tel:   609.919.6600

Dated:  September 7, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance of Jeffrey W. Moss* has been served *via* Federal Express delivery to the following counsel of record on September 7, 2004.

        Brian T. Hatch Esq.
        8 North Main Street
        Suite 403
        Attleboro, Massachusetts   02703

_____
                      Jeffrey W. Moss

1-BO/100354.1