IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL G. SALADINO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 04-11785 PBS |
| TRIMARK UNITED EAST, INC., | ) ) ) |
| Defendant. | ) ) |

## MOTION TO ADMIT
## NON-RESIDENT ATTORNEYS *PRO HAC VICE*

I, Jeffrey W. Moss, of the law firm of Morgan, Lewis & Bockius LLP, counsel for defendant, TriMark United East, Inc., hereby move for the admission *Pro Hac Vice* of Attorneys Richard G. Rosenblatt and Eric S. Lasky of Morgan, Lewis & Bockius LLP in Princeton, New Jersey pursuant to L.R. 83.5.3(b). The Affidavits of Attorneys Rosenblatt and Lasky are submitted herewith in support of this motion.

Respectfully submitted,

TRIMARK UNITED EAST, INC.
By Its Attorneys,

Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
Tel:  617.451.9700

Dated: September 7, 2004

FILING FEE PAID:
RECEIPT # 58622
AMOUNT $ 50.00
BY DPTY CLK SK
DATE 9-7-04

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Admit Non-Resident Attorneys* has been sent *via* Federal Express delivery to the following counsel of record on September 7, 2004.

> Brian T. Hatch Esq.
> 8 North Main Street
> Suite 403
> Attleboro, Massachusetts   02703

_____
Jeffrey W. Moss

1-BO/100356.1