IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL G. SALADINO, </br></br> Plaintiff, </br></br> v. </br></br> TRIMARK UNITED EAST, INC., </br></br> Defendant. | CASE NO. 04-11785 PBS |

## AFFIDAVIT OF RICHARD G. ROSENBLATT
### OFFERED IN SUPPORT OF
### MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE*

I, Richard G. Rosenblatt, hereby apply to the Court for permission to appear and participate in the above-entitled action on behalf of defendant, TriMark United East, Inc. by whom I have been retained, and state:

1. I am an partner in the law firm of Morgan, Lewis & Bockius LLP, 502 Carnegie Center, Princeton, New Jersey 08540-6241. My telephone number is: 609.919.6609.

2. I have been retained by Defendant, TriMark United East, Inc., in this matter.

3. I have been a member in good standing with the New Jersey and Pennsylvania state bars since 1990, where I am admitted to practice. I am also admitted to practice in the United States Courts of Appeal for the Third, Fourth, and Sixth Circuits, as well as the United States District Courts for the District of New Jersey, the Eastern and Western Districts of Pennsylvania, and the District of Connecticut.

4.  There are no disciplinary proceedings or criminal charges pending against me as a member of any bar.

5.  I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

6.  I regularly represent TriMark United East, Inc. in its employment-related matters and it has requested that I represent its interests in this matter. I currently represent the Company in a related action pending before the Massachusetts Commission Against Discrimination, also filed by Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Richard G. Rosenblatt

SUBSCRIBED AND SWORN TO
before me this 2 day of September, 2004

_____
Notary Public: _____

My Commission Expires: 4/21/2009

LORRAINE ROSE
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 4/21/2009