IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL G. SALADINO,<br><br>      Plaintiff,<br><br>v.<br><br>TRIMARK UNITED EAST, INC.,<br><br>      Defendant. | CASE NO.  04-11785 PBS |

**AFFIDAVIT OF ERIC S. LASKY
OFFERED IN SUPPORT OF
<u>MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE*</u>**

I, Eric S. Lasky, hereby apply to the Court for permission to appear and participate in the above-entitled action on behalf of defendant, TriMark United East, Inc. by whom I have been retained, and state:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, 502 Carnegie Center, Princeton, New Jersey 08540-6241. My telephone number is: 609.919.6673.

2. I have been retained by Defendant, TriMark United East, Inc., in this matter.

3. I have been a member in good standing with the New Jersey and New York state bars since 2000 and 2001 respectively, where I am admitted to practice. I am also admitted to practice in the United States Court of Appeals for the Third Circuit, as well as the United States District Courts for the District of New Jersey and the Southern and Eastern districts of New York.

4. There are no disciplinary proceedings or criminal charges pending against me as a member of any bar.

5. I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

6. I represent TriMark United East, Inc. in its employment-related matters and it has requested that I represent its interests in this matter. I currently represent the Company in a related action pending before the Massachusetts Commission Against Discrimination, also filed by Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eric S. Lasky

SUBSCRIBED AND SWORN TO
before me this ___ day of September, 2004

_____

Notary Public: _____

My Commission Expires: 4/21/2009

LORRAINE ROSE
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 4/21/2009