Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis

COUNSELORS AT LAW

A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-in-Charge

**Richard G. Rosenblatt**
609.919.6609
rrosenblatt@morganlewis.com

September 22, 2004

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:    Carol Salidino v. TriMark United East, Inc.
       Civil Action No. 04-11785PBS

Dear Judge Saris:

This firm represents TriMark United East, Inc. ("TriMark") in the above-referenced matter. We are in receipt of the Court's Notice of Scheduling Conference, scheduling the initial conference for November 3, 2004, at 4:00 p.m. I am an attorney admitted to practice in New Jersey, where I maintain my principle office, and have been admitted *pro hac vice* to represent TriMark in this matter. Please allow this letter to serve as a formal request that I be allowed to appear at the November 3, 2004 scheduling conference telephonically in order to avoid significant expense for what, hopefully, will be a relatively routine scheduling conference. I will be prepared to discuss all issues, including settlement. If my request is granted, I will gladly set up a telephone conference call which would allow the Court and any other participants to access the conference call by dialing a toll-free number. Alternatively, if Your Honor requires that an attorney from my firm actually be present at the initial conference, I request that you allow our local counsel, an associate in our Boston office, to attend on my behalf.



Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

The Honorable Patti B. Saris
September 22, 2004
Page 2

Thank you for your consideration.

Sincerely,

Richard G. Rosenblatt

c:      Brian T. Hatch, Esq.