UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol G. Saladino

        Plaintiff(s),                 CIVIL ACTION
                                   NO.   04-11785-PBS

        v.

Trimark United East, Inc.
                Defendant(s).


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**


SARIS, U.S.D.J.                                          October 26, 2004


      The Scheduling Conference  previously scheduled for November 3, 2004, has been **rescheduled** to **November 9, 2004, at 3:30 p.m.**


                                      By the Court,


                                     ./s/ Robert C. Alba
                                    Deputy Clerk


Copies to:  All Counsel


resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Carol G. Saladino

                Plaintiff(s),                CIVIL ACTION
                                              NO.   04-11785-PBS

      v.


Trimark United East, Inc.
                Defendant(s).


### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE


SARIS, U.S.D.J.                                      October 26, 2004


       The Scheduling Conference  previously scheduled for November 3, 2004, has been **rescheduled** to **November 9, 2004, at 3:30 p.m.**


                                      By the Court,


                                    _./s/ Robert C. Alba_
                                    Deputy Clerk


Copies to:  All Counsel


resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Carol G. Saladino

                Plaintiff(s),                  CIVIL ACTION
                                                  NO.   04-11785-PBS

        v.


Trimark United East, Inc.
                Defendant(s).


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**


SARIS, U.S.D.J.                                      October 26, 2004


        The Scheduling Conference  previously scheduled for November 3, 2004, has been **rescheduled** to **November 9, 2004, at 3:30 p.m.**




                                      By the Court,


                                      ./s/ Robert C. Alba
                                      Deputy Clerk


Copies to:  All Counsel


resched.ntc