UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL G. SALADINO,

    Plaintiff,

v.

TRIMARK UNITED EAST, INC.,

    Defendant.

Civil Action No. 04-11785 (PBS)

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

I. INTRODUCTION

The following Joint Statement is submitted by the parties in this case pursuant to Local Rule 16.1(D). This Joint Statement includes: (1) a discovery plan and schedule; and (2) a proposed schedule for the filing of motions. While the parties agree on the proposed schedule set forth in this Joint Statement, they understand that this proposed schedule shall be considered by the Court as advisory only. The purpose of this Joint Statement is to advise the Court of the parties' best estimates as to the time they will require to accomplish the specified pre-trial steps.

In addition, Certifications by the parties and their respective counsel, affirming that each party and its counsel have conferred with respect to establishing a budget for the cost of conducting the various courses of litigation and considering the resolution of this litigation through the use of an appropriate alternative dispute resolution program, will be filed with the Court by each party prior to the Scheduling Conference.

II.  **DISCOVERY PLAN**

The parties jointly submit the following proposed schedule for discovery in this matter:

1. Automatic Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be served by November 19, 2004.

2. The parties do not believe that discovery should be conducted in phases or limited to particular issues.

3. The parties believe that discovery should be conducted pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts without modification. Defendant may request that Plaintiff's deposition exceed seven hours if the facts and circumstances warrant a longer deposition.

4. The parties do not currently request any additional orders under Rule 26(c) or Rule 16(b) and (c). Defendant reserves the right to seek an appropriate confidentiality order should Plaintiff seek discovery regarding confidential business information or private information concerning Defendant's employees.

5. Any party seeking leave to amend the pleadings or add parties shall file such motion on or before February 15, 2004.

6. All fact discovery shall be completed on or before April 30, 2005.

7. Each party may serve no more than twenty-five (25) non-contention Interrogatories, including subparts.

8. Depositions of parties and third party witnesses shall be limited in number to ten (10) for each side.

9. Plaintiff shall disclose the identities of any expert witnesses and, for each such witness, produce a written report as required by Rule 26(2)(B) of the Federal Rules of Civil Procedure, on or before February 1, 2005. Defendant shall disclose the identities of any expert witnesses and,

for each such witness, produce a written report as required by Rule 26(2)(B) of the Federal Rules of Civil Procedure, on or before March 15, 2005. All expert discovery shall be completed on or before April 30, 2005.

10. Dispositive motions shall be filed on or before June 3, 2005.

11. A pre-trial conference date and a trial date shall be set by the Court after the close of discovery and after all dispositive motions have been decided. Defendant reserves the right to request that trial be bifurcated between liability and damages.

Respectfully submitted,

| LAW OFFICES OF BRIAN T. HATCH | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *Bri T. Hatch* | By: *Eric Lasky* |
| Brian T. Hatch (BBO# 544044) | Richard G. Rosenblatt (*pro hac vice*) |
| 8 North Main Street | Eric S. Lasky (*pro hac vice*) |
| Suite 403 | 502 Carnegie Center |
| Attleboro, Massachusetts 02703 | Princeton, New Jersey 08540 |
| (508) 222-6400 | (609) 919-6609/6673 |

Jeffrey W. Moss (BBO# 552421)
225 Franklin Street
Suite 1705
Boston, Massachusetts 02110
(617) 451-9700