*Law Offices*
MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
617-451-9700
Jeffrey W. Moss (BBO# 552421)

502 Carnegie Center
Princeton, New Jersey 08540
609-919-6609/6673
Richard G. Rosenblatt (admitted *pro hac vice*)
Eric S. Lasky (admitted *pro hac vice*)

Attorneys for Defendant
TriMark United East, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL G. SALADINO,<br><br>                Plaintiff,<br><br>    v.<br><br>TRIMARK UNITED EAST, INC.,<br><br>               Defendant. | Civil Action No. 04-11785 (PBS) |

**CERTIFICATION OF DEFENDANT**
**TRIMARK UNITED EAST, INC. PURSUANT TO LOCAL RULE 16.1**

    Defendant, TriMark United East, Inc., hereby submits the following certification, pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts:

The undersigned counsel and the Defendant hereby affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

TRIMARK UNITED EAST, INC.
By Its Attorneys,

_/s/ Eric Lasky_

Richard G. Rosenblatt (*pro hac vice*)
Eric S. Lasky (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
(609) 919-6609/6673

Jeffrey W. Moss, BBO# 552421
MORGAN, LEWIS & BOCKIUS LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
(617) 451-9700

TRIMARK UNITED EAST, INC.
By its Authorized Representative

_/s/ George Courtot_

George Courtot
Chief Financial Officer

Dated: October 28, 2004