UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol Saladino
Plaintiff,

        V.        Civil Action Number
        04-11785-PBS

Trimark United East
Defendant.        November 9, 2004

## SCHEDULING ORDER

Saris, D.J.,

All documents to be exchanged by 12/9/04

Fact Discovery deadline: 4/30/05

Summary Judgment Motion filing deadline: 5/15/05

Opposition to Summary Judgment Motions: 5/30/05

Hearing on Summary Judgment or Pretrial Conference: 6/16/05 at 2:00 p.m.

Case to be referred to Mediation program: January, 2005

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk