EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL G. SALADINO,<br><br>Plaintiff,<br><br>v.<br><br>TRIMARK UNITED EAST, INC.,<br><br>Defendant. | Civil Action No. 04-11785 (PBS)<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

It is hereby stipulated, by and between counsel for Plaintiff Carol Saladino and counsel for Defendant TriMark United East, Inc., that this action and all of the claims set forth in Plaintiff's Complaint are hereby **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1), with the parties to bear their own respective costs and attorneys' fees.

_____
Brian T. Hatch (BBO# 544044)

LAW OFFICES OF BRIAN T. HATCH
8 North Main Street, Suite 403
South Attleboro, MA 02703
(508) 222-6400
*Attorney for Plaintiff*

_____
Richard G. Rosenblatt (*pro hac vice*)
Eric S. Lasky (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540
(609) 919-6609/6673

Jeffrey Moss (BBO# 552421)
225 Franklin Street, Suite 1705
Boston, MA 02110
(617) 451-9700
*Attorneys for Defendant*

SO ORDERED:

_____
Honorable Patti B. Saris
United States District Court Judge